**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 26-CR-139-TFM |
| | : | |
| MARCUS TREVONTE MARTIN, | : | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The Defendant, MARCUS TREVONTE MARTIN, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count 1** of the Indictment charging violations of Title 18, United States Code, Section 922(o) Illegal Possession of a Machinegun.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty be accepted and that Defendant MARCUS TREVONTE MARTIN be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 17th day of September, 2026.

s/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE