**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIM. ACT. NO. 1:26-cr-139-TFM** |
| | ) | |
| **MARCUS TREVONTE MARTIN** | ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On September 17, 2026, the Defendant Marcus Trevonte Martin, by consent (Doc. 23), appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of 18 U.S.C § 922(o), Illegal Possession of a Machinegun. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted (Doc. 26), and the parties executed a Joint Waiver of Objections (Doc. 24). Therefore, the Report and Recommendation is ripe for review.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count One of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 17, 2026 at 9:30 a.m.** under separate order. *See* Doc. 25.

**DONE** and **ORDERED** this 21st day of September, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE